O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAZERRE STEWART, | ) | CASE NO. CV 14-2478 RZ |
| Petitioner, | ) ) ) | JUDGMENT |
| vs. | ) ) | |
| STEVE COX, Warden, | ) ) | |
| Respondent. | ) ) | |

This matter came before the Court on the Petition of LAZERRE STEWART for a writ of habeas corpus. Having reviewed the First Amended Petition and supporting papers, and having issued the Memorandum And Order Denying the petition,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and the action is dismissed with prejudice.

DATED: 12/29/14

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE